# IN THE SUPREME COURT OF THE STATE OF NEVADA

TROY EDWARD STAPLETON,
          Appellant,
      vs.
THE STATE OF NEVADA,
          Respondent.

No. 80860

**FILED**

APR 0 9 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on May 7, 2019. Appellant did not file the notice of appeal, however, until March 16, 2020, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
    Parraguirre

_____, J.
 Hardesty

_____, J.
 Cadish

cc: Hon. Kathleen E. Delaney, District Judge
Troy Edward Stapleton
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk